UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

IN RE:                                                                          Case No: 09-19689

**RAD A, LLC**

    Debtor(s).

_____/

### DEBTOR'S CONSENT TO TRUSTEE'S MOTION TO DISMISS

The Debtor, RAD A, LLC, by and through its undersigned attorney in the above case hereby consents to the Trustee's Motion to Dismiss (Docket Number 15) and consents to the entry of an Order Dismissing this case and shows:

1. RAD A, LLC, is a Family Trust and therefore ineligible for Chapter 11.

2. The Debtor's Attorney was advised by the US Trustee's Office of the ineligibility and its intent to file a Motion to Dismiss.

WHEREFORE the Debtor requests that this case be dismissed.

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been sent on February 5, 2010, by electronic notice to United States Trustee, 135 W Central Blvd, Suite 620, Orlando, FL 32801.

 

**/s/ Carole Suzanne Bess**
**CAROLE SUZANNE BESS**
101 N. Plumosa St
Merritt Island, FL 32953
Florida Bar No.: 848700
Tel (321) 452-1991
Fax (321) 452-1995
Attorney for Debtor